IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00340-PSF-PAC

SCOTT B. SCHAFER,

    Plaintiff(s),

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant(s).

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Entry of Stipulated Protective Order [filed March 19, 2007; Doc. No. 7] is **GRANTED.** The Stipulated Protective Order is made an Order of the Court this date.

Dated: March 20, 2007