IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00340-PSF-KLM

SCOTT B. SCHAFER,

    Plaintiff(s),

v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Regional Transportation District's Unopposed Motion for Leave to Amend Its Answer (Docket No. **22,** Filed August 07, 2007) ("the motion").

    IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

    IT IS FURTHER **ORDERED** that the Defendant's First Amended Answer is accepted for filing as of the date of this Order.

Dated:  August 9, 2007