IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00340-WYD-PAC

SCOTT B. SCHAFER,

    Plaintiff,

v.

REGIONAL TRANSPORTATION DISTRICT (RTD),

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the parties' Stipulation for Dismissal with Prejudice, filed September 18, 2008 (docket #62). Having reviewed the stipulation and premises therein, it is hereby

ORDERED that Stipulation for Dismissal with Prejudice, filed September 18, 2008 is **GRANTED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney's fees and costs.

Dated: October 3, 2008

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge